JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GILBERT PHILLIP MORENO,

                Petitioner,

                v.

CHRISTIAN PFIEFFER, WARDEN,

                Respondent.

Case No. 5:24-cv-00291-SSS (DTB)

**JUDGMENT**

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the action is **DISMISSED WITH PREJUDICE**.

Dated:   June 21, 2024

                                    SUNSHINE S. SYKES
                                    United States District Judge